883 A.2d 1047

IN THE MATTER OF ANTOINETTE M.J. BENTIVEGNA, AN ATTORNEY AT LAW (ATTORNEY NO. 038841989).

October 20, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–120, concluding that by way of reciprocal discipline pursuant to *Rule* 1:20–14, a two-year suspension should be imposed on **ANTOINETTE M.J. BENTIVEGNA** of **DOYLESTOWN, PENNSYLVANIA,** who was admitted to the bar of this State in 1989, and whose license to practice law in New Jersey was administratively revoked pursuant to *Rule* 1:28–2(c) effective September 26, 2005;

And the basis for said suspension from practice being the two-year suspension imposed on **ANTOINETTE M.J. BENTIVEGNA** in the Commonwealth of Pennsylvania effective August 14, 2004, for conduct in violation of *RPC* 1.1(a) (gross neglect), *RPC* 1.2(a) (failure to abide by client's decision concerning objectives of representation), *RPC* 1.4(a) (failure to keep a client informed about the status of a matter and to comply with reasonable requests for information), *RPC* 1.4(b) (failure to explain a matter to the extent necessary to permit the client to make informed decisions about the representation), *RPC* 1.5(a) (excessive fee), *RPC* 3.3(a)(1) (false statement of material fact or law to a tribunal), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And good cause appearing;

It is ORDERED that **ANTOINETTE M.J. BENTIVEGNA** is suspended from the practice of law for a period of two years, retroactive to August 14, 2004; and it is further

ORDERED that this retroactive suspension has no affect on the September 26, 2005, administrative revocation of respondent's license to practice law in this State; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.

The Disciplinary Review Board having filed with the Court its decision in DRB 05–120, concluding that by way of reciprocal discipline pursuant to *Rule* 1:20–14, a two-year suspension should be imposed on **ANTOINETTE M.J. BENTIVEGNA** of **DOYLESTOWN, PENNSYLVANIA,** who was admitted to the bar of this State in 1989, and whose license to practice law in New Jersey was administratively revoked pursuant to *Rule* 1:28–2(c) effective September 26, 2005;

And the basis for said suspension from practice being the two-year suspension imposed on **ANTOINETTE M.J. BENTIVEGNA** in the Commonwealth of Pennsylvania effective August 14, 2004, for conduct in violation of *RPC* 1.1(a) (gross neglect), *RPC* 1.2(a) (failure to abide by client's decision concerning objectives of representation), *RPC* 1.4(a) (failure to keep a client informed about the status of a matter and to comply with reasonable requests for information), *RPC* 1.4(b) (failure to explain a matter to the extent necessary to permit the client to make informed decisions about the representation), *RPC* 1.5(a) (excessive fee), *RPC* 3.3(a)(1) (false statement of material fact or law to a tribunal), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And good cause appearing;

It is ORDERED that **ANTOINETTE M.J. BENTIVEGNA** is suspended from the practice of law for a period of two years, retroactive to August 14, 2004; and it is further

ORDERED that this retroactive suspension has no affect on the September 26, 2005, administrative revocation of respondent's license to practice law in this State; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.

883 A.2d 1049

IN THE MATTER OF ROBERT H. LEINER, AN ATTORNEY
AT LAW (ATTORNEY NO. 019251993).

October 20, 2005.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–104, concluding that **ROBERT H. LEINER,** formerly of **HAINESPORT,** who was admitted to the bar of this State in 1994, and who has been temporarily suspended from the practice of law since June 25, 2005, pursuant to *Rule* 1:20–15(k), by Order of the Court filed on May 26, 2005, should be reprimanded for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a)(failure to keep client informed about status of matter and to comply with reasonable requests for information), *RPC* 1.16(d) (failure to protect client's interests upon termination